WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Sullivan, et al., | No. CV-15-00231-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | (AMENDED) |
| United States of America, | |
| Defendant. | |

A Pretrial Conference was held by this Court on Monday, March 4, 2019. The Court ordered the following:

1. This matter is set for a bench trial on **Monday, April 22, 2019, at 9:30 a.m.** for an eight (8) day trial.

2. All stipulations between the parties for purposes of trial shall be set forth in writing.

3. Motions in Limine: Any motions in limine may be filed by **April 4, 2019**. Any Response shall be filed by **April 10, 2019**. Motions in limine and Responses are limited to 5 pages.

4. Trial Briefs: Trial briefs and proposed Findings of Fact and Conclusions of Law shall be filed **twenty-four hours before trial.**

5. Exhibits: **The parties shall confer and attempt to reach agreement regarding the admissibility of exhibits.** A list of the exhibits to be offered at trial shall be **jointly** submitted to the Court **twenty-four hours before trial** as follows: a) The parties shall list the exhibits that they agree may be admitted at trial. b) As to contested exhibits, Plaintiff shall list additional exhibits, and Defendant shall make a brief statement of the objection.

Defendant shall list additional exhibits, and Plaintiff shall make a brief statement of the objection.

    6. The parties shall contact the Courtroom Deputy, Martha Hernandez at (520) 205-4221, regarding the Court's requirements for preparation and presentation of exhibits, exhibit lists and witness lists. *The Court requests that counsel utilize the courtroom equipment for presentation of evidence.* Additionally, the parties shall notify the Courtroom Deputy, if they intend to request "Real Time" and/or daily copy transcripts of the trial proceedings.

    7. Deposition Testimony: The transcripts of deposition testimony to be offered *in the case in chief* shall be **jointly** submitted to the Court **twenty-four hours before trial** marked as follows: a) The parties shall meet and stipulate to the excerpts of the deposition testimony which may be read into the trial record and shall mark these by highlighter in *green*. b) As to contested portions of any transcripts, the Plaintiff's excerpts shall be highlighted in *yellow*, and the Defendant's excerpts shall be highlighted in *blue*. c) Each party shall provide corresponding memorandum identifying and explaining the basis for any objections. *Counsel are advised to retain a copy of the marked set of transcripts filed with the Court.*

    8. Pretrial Conference: Motions in limine, any objections to exhibits or deposition testimony, and any other matters which must be resolved for purposes of trial shall be heard by the Court on **Monday, April 15, 2019 at 1:30 pm** in Courtroom 6B, Sixth Floor, Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona.

    Dated this 5th day of March, 2019.

_____
Honorable David C. Bury
United States District Judge